1118

### Vardra FANCHER v. STATE.
No. 14156.

Court of Criminal Appeals of Texas.
Feb. 18, 1931.

D. T. Moore, of Aquilla, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for burglary; punishment, three years in the penitentiary.

We find with the record an affidavit in proper form sworn to before the district clerk of Hill county, by the appellant, asking that his appeal be dismissed.

The appeal is dismissed at the request of the appellant.

### W. C. HICKEY v. STATE.
No. 14145.

Court of Criminal Appeals of Texas.
Feb. 4, 1931.

Rehearing Denied March 11, 1931.

See, also, 34 S.W.(2d) 1116.

A. A. Dawson, of Canton, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for rape; punishment, twenty-five years in the penitentiary.

The record is before us without any bills of exception. Nor does any testimony appear to have been introduced in behalf of the accused. The prosecuting witness, a girl 13 years old, testified fully to acts of illicit intercourse between her and the appellant. She is corroborated by a doctor who examined her, and by her mother, as to her age.

No error appearing, the judgment will be affirmed.

### Sam HORLACHER v. STATE.
No. 14158.

Court of Criminal Appeals of Texas.
Feb. 18, 1931.

J. M. Marshall, of Lubbock, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for transporting intoxicating liquor; punishment, one year in the penitentiary.

We find with the record an affidavit in due form by the appellant asking that his appeal be dismissed. The request is granted.

The appeal will be dismissed.

### Albert JONES v. STATE.
No. 14241.

Court of Criminal Appeals of Texas.
Feb. 18, 1931.

Chas. Roach, of Paris, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

Offense, sale of intoxicating liquor; penalty, one year in the penitentiary.

No bill of exception or statement of facts appears in the record. Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal and stating that he desires to accept the judgment and sentence rendered against him in the trial court.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.